UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-16-MMH-JBT

JEFFREY ALAN SIEGMEISTER
_____/
[OWNER OF RECORD: JEFFREY A. SIEGMEISTER and JAMIE SIEGMEISTER, husband and wife]

### GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on February 24, 2021 and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **2637 145th Road, Live Oak, Suwannee County, Florida,** being the same premises conveyed to Jeffrey A. Siegmeister and Jamie Siegmeister, husband and wife, on June 17, 2015, and recorded on June 18, 2015, in Suwannee County, FL, OR 1868, PG 257, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

a) The N½ of NE¼ of SE¼ of Section 18, Township 1 South, Range 13 East, Suwannee County, Florida;

AND

b) The SW¼ of NE¼ and the North 330 feet of the NW¼ of SE¼ of Section 18, Township 1 South, Range 13 East, Suwannee County, Florida.

Parcel Identification Number: 0467500-3000.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture. Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, U.S. Federal Courthouse, 300 N. Hogan Street, Jacksonville, Florida 32202-4270.

        Respectfully submitted,

        KARIN HOPPMANN
        Acting United States Attorney

By:   *s/ Bonnie A. Glober*
        BONNIE A. GLOBER
        Assistant United States Attorney
        Florida Bar No. 0748307
        300 North Hogan Street, Suite 700
        Jacksonville, Florida 32202-4270
        Telephone: (904) 301-6300
        Facsimile: (904) 301-6310
        E-mail: bonnie.glober@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                          *s/Bonnie A. Glober*
                                          BONNIE A. GLOBER
                                          Assistant United States Attorney