UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:21-cr-16-MMH-JBT

JEFFREY ALAN SIEGMEISTER

## **O R D E R**

The Court has examined Defendant **JEFFREY ALAN SIEGMEISTER** under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and the Federal Public Defender is hereby appointed to represent Defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of April, 2021.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Karase)
Asst. U.S. Attorney (Mesrobian)
Federal Public Defender