UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 3:21-cr-16-MMH-JBT

JEFFREY ALAN SIEGMEISTER

_____/

### UNOPPOSED MOTION TO CONTINUE DEADLINES, STATUS CONFERENCE AND TRIAL

The Defendant, JEFFREY ALAN SIEGMEISTER, through his undersigned attorney moves this Honorable Court to continue all deadlines, status conference and trial in this case. As grounds for this motion, Defendant states:

1.      The status conference is set for October 18, 2021 and the trial term is set for November 1, 2021. The trial is expected take at least one week.

2.      Defense counsel has received and reviewed most of the voluminous discovery provided in this case and has discussed these issues with Mr. Siegmeister.  Negotiations are ongoing with AUSA Kelly Karase to resolve this case by way of a plea, rather than a trial.

3.      Additional time is needed to work out the details associated with a plea in this case, as well as corollary matters related to forfeiture.

4.      Therefore, undersigned Defense Counsel requests a 60-day continuance of the motion deadline, status conference, plea deadline and trial.

5.      Defense Counsel has communicated with Assistant U.S. Attorney,

Kelly Karase and verifies she has no objection to the requested continuance.

## MEMORANDUM

In the interest of Defendant's entitlement to effective assistance of counsel

this motion to continue should be granted.  Further, Local Rule 3.08 provides that a

continuance may be allowed by order of the Court for good cause shown.

WHEREFORE, the undersigned requests a continuance of all deadlines,

status conference and trial in this case.

**A. FITZGERALD HALL, ESQ.**
**FEDERAL DEFENDER**
**MIDDLE DISTRICT OF FLORIDA**

Respectfully Submitted By:

**/s/ Waffa J. Hanania, Esquire**
Waffa J. Hanania, Esq.
Assistant Federal Defender
Florida Bar No. 0888631
200 West Forsyth Street
Suite 1240
Jacksonville, Florida 32202
Telephone: (904) 232 3039
Fax: (904) 232 1937
Email: Waffa_hanania@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kelly Karase, U.S. Attorney's Office and all other interested parties.

*/s/ Waffa J. Hanania*
Assistant Federal Defender