

**Alonzo Philmore**

**Live Oak, FL 32064**

September 21, 2022

**United States District Judge**
**Honorable Marcia Morales Howard**

**Dear Judge Howard:**

I am writing this letter to provide the court with additional information about Jeff Siegmeister  for the upcoming sentencing hearing and I hope it will be helpful to Your Honor during the sentencing.

My name is Alonzo Philmore, Sr., I'm 68 years old. I am a retired former State of Florida Administrator for Veterans Employment & Training. I am a retired Disabled Veteran. The US Army Disability retired me at the age of 23 in 1978 after being severely wounded in combat. I am a former President and Secretary of The defunct Suwannee County Branch of The NAACP. I am a community Activist and Humanitarian dedicated to the wellbeing of all mankind.

I am aware  that Mr. Siegmiester pled guilty  to a Federal Charge. This really took me and a lot of people by surprise knowing Jeff the way we do, however I do realize that the charges he pled to are criminal.

I have known Jeff for about 10 years. I knew him before he became States Attorney. I consider him to be a close friend and brother in the cause for equality. As President and Secretary of the NAACP in Suwannee County for 5 years, our group would visit him at least 3 times a month. As SA he was very instrumental in helping us slow down or put a halt to the Schools To Prison Pipeline in Suwannee and Hamilton Counties. To us Jeff Siegmeister was not a hardnosed prosecutor who would not listen as many prosecutors do. He would listen and act accordingly. He was and is a HUMANITARIAN. Sometimes he could help and sometimes he couldn't help, however he would listen and that meant a lot to me as a community leader. He would always make time to hear people out and offer advice.

In spite of his plea, I always will believe that Jeff is a good person deserving of whatever leniency the court will give him. Before becoming States Attorney he would give free legal advice to people in need. He would help legally anyway he could for those not able to afford an attorney. There are not many people that would do that for free.

When he decided to run for States Attorney I personally campaigned for him in 7 counties. I did that because I felt that he was the kind of Humanitarian States Attorney we needed. I know he can't practice law now, but with his legal mind it would be great if he could just offer Legal advice. We need more people like him in the community.

Thank you, your Honor for indulging me and listening to me.

**Alonzo Philmore, Sr. Humanitarian**
**Dedicated To The Wellbeing of All Mankind**

Amanda Kent

██████████

Madison, FL  32340

████████████████████

October 11, 2022

RE:  Jeffrey Siegmeister

Honorable Marcia Morales Howard
U.S. District Court Middle District FL
300 North Hogan Street
Jacksonville, Florida 32202

Dear Judge Howard,

I am writing this letter today, in hopes it will provide the court with helpful information about the upcoming sentencing of Jeffery A. Siegmeister.  I have known Jeff since I was a teenager and my mother started working in his law firm in 2005. I spent an adequate amount of time around the firm as a teen and into my young adult years. Jeff became like an Uncle to me and I always admired his dedication to his work and his compassion for people. He always went above and beyond at his firm for not only his employees but also his clients and his fiduciary veterans.

When I was around the office as a kid, Jeff would always take the time to talk to me about school and life. At the time, I was young and didn't truly know the extent of his advice but now that I am an adult and have children of my own, I admire him and the advice he offered even more. He would talk to me about responsibilities and being a responsible teen and adult! He would talk to me about how my actions had consequences and warn me about being around people who were not responsible and how their actions could affect me! I believe he helped mold me into the responsible adult I am today.

In closing, I would like to say I may not fully understand the extent of the crimes committed; but in my heart, knowing Jeff and the person he is, I am sure that he is remorseful and prepared to take the consequences the court hands down seriously. He is a great man and I look forward to spending time with him in the future.

Sincerely,

*Amanda Kent*

Amanda Kent

**Anita A. Williams**

**Los Angeles, CA 90008**

September 28, 2022

United States District Judge
Honorable Marcia Morales Howard

Dear Judge Howard:

Please consider this letter as an attempt to provide the court with information in support of Jeff Siegmeister  before his sentencing.

My name is Anita Williams. I live in Los Angeles California, however I am in Live Oak half of the time. I own property there and I grew up there. I Founded and serve as Senior Vice President of Project Africa Global, I also founded and serve as President of Alliance 4 Community Justice, all based in Los Angeles. I served as the Chairman of The Youth Committee of the defunct, Suwannee County Branch of The NAACP for 4 years.  I am very much concerned about the community and dedicated to the welfare of all youth. I am now a member of the Suwannee County Civil Rights Coalition. This coalition is dedicated to the welfare of all, especially the youth.

It took me by surprise when I heard that Mr. Siegmiester was charged with a Federal crime. I was very surprised when he pled guilty. Jeff is  a very good person. Always willing to help in any and all situations.  I can tell you we kept him busy with issues in Suwannee County concerning youth in the Court System. He never said no to a meeting with us. There were times that there wasn't a solution to the problem we put before him, but he always listened and gave us another approach to the problems solution.

Over the years  he helped us with many issues and concerns. As Youth Committee Chairman of the NAACP in Suwannee County for 4 years, I brought many issues to his office concerning youth in the community. He helped The NAACP put a halt to the Schools To Prison Pipeline in Suwannee County. The School to Prison Pipeline is not known to those who aren't concerned with the welfare of our youth. For me and others putting a halt to it was and is top priority. Jeff  Siegmiester assisted us with saving the future of many a youth in the Suwannee County Community.

The fact that he has entered a  guilty plea has not changed my opinion of him. I still believe  Jeff  is a very good person who made a mistake, haven't we all made mistakes.  He is very much deserving of any leniency the court can give him.

Your Honor I want to thank you for allowing me to write this letter in  support a good man, Jeff Siegmiester.

Anita A. Williams
Concerned Citizen & Community Activist

**BRANFORD FAMILY MEDICAL CENTER**
**BIENVENIDO SAMERA, M.D., P.A.**
FAMILY PRACTICE
HWY 129 / 303 SUWANNEE AVENUE / P.O. BOX 846
BRANFORD, FLORIDA 32008
**(386) 935-1093**

September 14th, 2020

RE: Jeff Siegmeister
DOB: ████ 1968

To Whom It May Concern:

Jeff Siegmeister was first seen at my office on July 2019. He has been seen on a regular basis due to his migraine headaches and chronic neck pain due to cervical spine osteoarthritis.

The patient has been very cooperative with his medications. During his office visits with me, he did not exhibit any signs of agitation. He has been very calm and cooperative during all his visits with me.

Mr. Siegmeister has been very pleasant with me and my staff. I hope for your kind consideration.

Thank you for your cooperation in this matter.

Sincerely,

Bienvenido M. Samera M.D., P.A.

BMS/sbs

Edward Wise

██████████████

Madison, FL  32340

██████████████████████

October 11, 2022

RE: Jeffrey Siegmeister

Honorable Marcia Morales Howard
U.S. District Court Middle District FL
300 North Hogan Street
Jacksonville, Florida 32202

Dear Judge Howard,

I am writing to you today, in hopes that I can provide the court with information that may be helpful for the upcoming sentencing hearing for Jeffrey A. Siegmeister. I have known Jeff for about 16 years. We met some time after my wife started working for him as a bookkeeper. She would always talk about him and the kind, generous, helpful person he was. I had no idea, until I met him, how great of a person he was. His demeanor and attitude were awesome and he had a way of making you feel like you were friends forever. I guess this is how we came to be FAMILY, so to speak. He treated my whole family with love and respect. He was an awesome employer to my wife, probably the best she ever had. I was always proud to call him my friend.

To give you a little background on myself, I am a concrete finisher and have worked construction my whole life. My wife and I have been married for 37 years and we have a beautiful family that we enjoy spending time with. I was not really one to put myself in professional places very often, but Jeff made it look easy. He always greeted me with kindness. When Jeff had construction projects he needed help with, it was always a pleasure to help him out. My wife would volunteer me for all sorts of stuff. We would move the office in a weekend. Jeff would never let me just do stuff for him, he always made sure I was paid for my efforts, no matter how much of a fight I would put up. He was a stand up guy and it makes me sad to see him where he is today. I know he is not perfect and made some mistakes, but I believe in my heart that he never intended to hurt anyone and will be the first to admit his wrongs and work very hard to right them! In my opinion, he is a true blue person and I personally believe wholeheartedly in him.

Jeff has always been a great friend to us! He loves seeing people happy and would go out of his way to see my kids happy. He would let them come ride his horses, he would buy them tickets to the fair, he would sometimes give them a little bit of money if they went to work with my wife for helping make copies or stuffing envelopes. He really loved seeing people happy! One time he planned a trip to Universal for the whole office and their families! We all went and had a wonderful weekend playing at Universal

together!  My family and I have wonderful memories of times spent with Jeff and we look forward to making more of those memories in the future.

When the time came and I met Jeff's family, I quickly saw how it came to be he was such a great guy!  His Mother, Father and brother are all wonderful people that I treasure!  They are a wonderful family and I am glad to have them in my life even if we don't get to see each other often!

Sincerely,

Edward Wise III

EJ Wise

███████████

Madison, FL  32340

███████████

October 12, 2022

RE:  Jeffrey Siegmeister

Honorable Marcia Morales Howard
U.S. District Court Middle District FL
300 North Hogan Street
Jacksonville, Florida 32202

Dear Judge Howard,

Today I address the court with this letter on behalf of Jeffrey A. Siegmeister.  When I met Jeff, my mother had just started working for him and I just remember him being extremely kind right from the start.  I have spent a decent amount of time around the man and don't think I can remember a time I have seen him angry.  He was so kind to everybody he talked to.  I remember my mother saying one time she has never worked for someone who tries so hard to see the good in everyone they meet.  When I met Jeff, I was a bit of a troublesome teen and on more than one occasion his firm had to represent me in court.

The first time I was represented by Jeff, he was sort of like you would expect a lawyer to be; he mainly spoke to me about the case and maybe a few words of advice on being a benefit to society.  On the next occasion he represented me, he too more of a fatherly or family approach.  He sat me down in his office and talked to me about how the things I do have consequences and he also told me if I continued on the wrong path, he would not represent me anymore.  After that occasion, whenever I would see him, he would talk to me about how I'm doing and what's going on in my life.  Jeff was a great influence on me growing up and I am very thankful for his assistance, advice, and guidance to get me through growing into an adult.  As a single father of 2, I appreciate his advice and guidance even more.  I can really feel the importance of what he taught me and can now use it to help mold the young adults my children are growing to be.  I have not had the opportunity to see Jeff much since my mother stopped working for him, but when I have, he has still been the same person he was when I first met him.

I am not sure of the severity of the crimes Jeff is charged with or pled to, but I believe Jeff will take responsibility for his actions and work hard to right his wrongs.  Thank you for your time, I appreciate you giving me the opportunity to express my thoughts and confidences in the man I know Jeffrey Siegmeister to be.

Sincerely,

Edward "EJ" Wise

Cason
Alachua, FL 32615-9573

James Daniel Cason
█████████████████████████
Alachua, FL
32615

Honorable Judge Marcia
Morales-Howard
U.S. District Court, Middle
District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, FL 32202

The purpose of this
letter is to provide
the Court with additional
information about
Jeffrey Siegmeester for

the upcoming Sentencing hearing and I hope it Well be helpful to Judge Marcia Morales-Howard. My name is James Daniel Cason, uncle to Jeffrey Siegmeister. I am a 1974 graduate of University of Florida College of Pharmacy. Currently, I am retired and living in Gainesville With my Wife, Veronica

of 60 years Feb 25 - and our rescue doberman, "Pepper." I Was born December 25, 1939 in Nicholls, Ga to Otto Cason, farmer + Corrine Varnedoe Cason, Homemaker. Pharmacy was actually my second profession. I Was a "Medical Technologist" + studied at Dell School in

Asheville, N.C. I
Worked in this profession
for 10 years. I Moved
to Belle Glade, FL
after school at Dell
in 1959 + Worked
at Belle Glade Mem
Hospital Where I
Met My "Honey" +
We Married in 1963.
We Moved to West Palm
Beach in 1965 where
I attended Palm Beach

Junior College & Florida
Atlantic University.
We moved to Gainesville
in 1970 to attend
U.F.  It was during
this time that I met
Jeffreys Mother,
Nancy Andrews Bowen.
She Married my Wifes
brother about 1973 +
Jeffrey was 3 years
old. I worked as
a Pharmacist in

ST. Petersburg for over 40 years. We moved back to Gainesville in 2011 to retire & be closer to family.

I am aware that Jeffrey Siegmeister pleaded guilty to a Federal charge. I can say without hesitation that My entire Mind, body & Spirit were en complete Shock when I

became aware that
Jeffrey had pleaded
Guilty to a Federal
Charge. It was difficult
for me to Comprehend this
Knowing Jeffrey the
Way I do + because of
all the years he studied
in College + studying
for Bar. The Man,
Who I thought He Had
become Was above
this.

Jeffrey is My Nephew.
I have known him since
he Was 3 years old
when We attended College
1970 - 1975 He lived at the
end of our street + we
saw him daily. We
Moved to St Petersburg
in 1975 + throughout
the next 40 years Jeffrey
+ his family visited
Most Holidays +
Vacations. During his

early years when he
Visited we always fished
off our boat docks. I
Bonded with him as an
uncle, Mentor & friend.
Jeffrey was a quiet,
introspective young
Man. He was Very
Polite, always addressed
us a Sir & Mam.
He was Kind to all of
our animals & Especially
to the Elderly. My Wifes

Mother lived With us for
20 years & He always
was Kind & gentle With
Her. He & I had Many
Conversations about
U.F. I felt he had
great Respect for me
& I had Some influence
on his decision to attend
U.F.

My personal opinion of
Jeffrey is that He is
a good human being,
excellent Son &

"My friend." I think he had a difficult relationship with his biological father + step mother. I always saw a "Sadness" in Jeffrey when he was growing up. He wanted to be liked o accepted. Jeffrey told me He was involved in the Guardian Ad Litem program because he had a Soft Spot for abused children.

Jeffrey was always a
Gentleman + I never saw
him act disrespectful or
unkind to anyone. I
never heard him use
profanity or abuse
alcohol or drugs.
We moved back to Gainesville
in 2011 to be near family.
Jeffrey was running for State
attorney at that time. We
made a financial
donation + attended most
fundraisers. We knew

he wanted desperately to change
the system. He had worked at the
State attorneys office + I
knew He loved the law.
He thought he could make a
difference. Jeffrey was raised
by a wonderful + caring
christian mom + stepdad
His stepdad was a Liet at
the Alachua County Sheriffs
office + he taught him
about the law. He saw
Black or White - "No
gray," Somehow, he

moved away from the "Path."
only God knows what
is in his heart.
    I Pray this letter
Will help you
Make the right
decision for our
Nephew Jeffrey.


James D Cason RPH

James D Cason RPH

The Honorable Judge Marcia Morales Howard

U.S. District Court, Middle District of Florida

Dear Judge Howard.

I am writing you on behalf of my Brother Jeffrey Siegmeister. I have known Jeff for 54 years and feel like I know him better than anyone. I have been told you will be receiving multiple other letters in support of my brother. I am sure that most of the letters you received are of the positive nature. Jeff and I were raised to be truthful even when it is uncomfortable. So, I will call him out when I think he is wrong. His actions were his, and his alone. I have expressed my feelings to him, and he is remorseful. If he wasn't remorseful, I would still support him, but I wouldn't be writing you. I will continue to support him through this process and will be there after it is done.

As I stated I have known him for 54 years and as the older brother feel it is important for you to see the side of Jeff that a probation and sentencing report can't give you. Growing up we were extremely close. Our parents divorced when we were both under the age of six. Our mother married Bill Bowen who was employed as an Alachua County Sheriff's Deputy. He was no nonsense about the law. From an early age we were taught to stand up for what is right. Jeff would step in to help when he saw something not right. This belief continued into adulthood.

The first example I remember, he was 8 and in third grade. We were at the bus stop when a fifth-grade boy was pulling a younger girl's hair. There were several parents present, but they chose to stay out of it. Jeff went over and confronted the boy and told him that wasn't right and to leave the girl alone. Even though the boy was bigger than Jeff he wouldn't back down. After the ensuing shouting match began, one of the parents finally came over and interceded. Jeff maintained this attitude and posture throughout his youth and career.

Jeff decided to go to law school because he saw it as a way to help people. After he completed law school when all his friend were taking lucrative jobs with major firms Jeff chose to accept a position with the States Attorneys Office in the third circuit. I remember one of his friends saying to him at a graduation party that he was a fool because he owed all that money in student loans and had declined a good offer from his father's firm.

After joining the States Attorney's Office, he worked diligently to help people. He took his cases personally. I remember one Thanksgiving he was extremely down. I asked what was wrong, and he said he was sick to his stomach about a case he had just finished. Without going into details, he said that someone that abused small children had been set free and had the case dismissed due to a technicality and he knew that this person would hurt other children and it turned his stomach. He went to court to stand up for victims, just like he did for the third-grade girl when he was 8.

After leaving the States Attorney's office he Joined the Columbia County Sheriff's Office.  Again, he chose to do something to help people.  He worked there until a new sheriff was elected.  One of the unfortunate factors of elected offices is when you change the Sheriff, the new one wants their own personnel in upper management.  While employed with Columbia Sheriffs office he assisted not only Columbia, but many of the smaller agencies surrounding Columbia County with questions and concerns.  He continued to take their calls after leaving the sheriff's department.

It was during this time that Jeff met the love of his life.  After Leaving the Sheriff's Office, and with her encouragement he entered Private practice.  Upon entering Private practice Jeff took on many court appointed cases.  His reputation as a good attorney permitted his practice to grow.  As this practice grew, he added several partners and many staff.  He never lost site of what he believed in.  I was in his office in Lake City when there was a heated discussion between him and one of the other attorneys about a case that the person had no money to pay.  Jeff finally said that he would pay for the staff time to work the case, because the person was innocent and deserved to get a quality defense.  He continued to take court appointed cases even though it reduced his potential income.  A couple of times a year he would arrange for a gathering at a nice restaurant or hotel to show his gratitude towards them.  Jeff's staff loved him.  This was highlighted when this case first came to light, it was several of his former staff that wanted to start a go fund me page and were willing to contribute money for his defense.  One of his former office staff was even willing to mortgage her house to raise money for Jeff's defense.  He had me talk her out of that.

Jeff and his now wife discussed and decided for him to run for the States Attorney Position in the 3rd Circuit, his slogan was "justice before politics".  Not long after the election, Jeff was approached by a Pastor from Madison County.  The Travon Martin case was in the news and the pastor wanted Jeff to speak to a group of young African American youth.  Jeff agreed to go and speak to the youth.  It was at this meeting that Jeff spoke about that issue and many others affecting this group.  After the meeting we talked by phone on his way home.  He was on top of the world feeling like the connections he had made that day might truly help some of the kids.  They had frank and open conversations but nevertheless felt optimistic about the meeting.  I know during his tenure he had several other meetings with youth but the difference he had made on them and them on him was fantastic.  Then there was the case of the mother who came to Jeff and was distraught because her son had been arrested because of drugs and drug use.  She like any mother was worried about the direction her child was headed.  Jeff could have just let him be tried and sentenced but interceded on his behalf to get him the counseling and help he needed.  The last time I asked Jeff about the kid, he said that he was doing well in school and cautiously optimistic that this kid had turned his life around.

During the latter part of his tenure at the States Attorney's Office, I started to notice him a little bit stressed.  He and his wife had to decided to relocate to Live Oak which was where the main office is located.  They purchased a farm so they would have a place to house her horses.  During this time there were several high-profile cases including one that involved one of the attorneys in his office leaving their child in a car and the subsequent death of the child.  This case really shook him up.  I also believe this time period coincides with his poor decisions.  One of his poor decisions was the purchase of the farm.  We discussed the farm purchase at the time, and I thought it was a bad Idea.  He ultimately made the decision to buy it.  Jeff has since expressed regret for not listening to me.  I feel that the external stressors and wanting to please a spouse led to poor decisions on his part.

After spending many hours over the last 24 months discussing these issues with my brother, I know that he has seen the error in his decisions and is deeply sorry for what he has done.  He has said that he alone has brought this on himself and my family.  These beliefs are why he pled to the charges instead of going to court.  He wants to get this part of his life behind him so he can get back to what is right.  I also note that he intends to live with me after this chapter is over and he has promised me that this will never happen again.

Throughout my brother's life he has consistently stood up for people in need.  Even as a person incarcerated in the Nassau County jail, several times he asked me to try to find housing or employment for inmates that were being released.  I could write a book of the good things that I have personally seen him do, but don't want to waste your time.  I have tried to tell you both good and bad in this letter because I believe that is the right thing to do.  As you read the letters and reports, I ask that you please consider the total story not the previous chapter.

In the next chapter Jeff will get back to what defined him.  I have heard from people writing letters on his behalf and believe that with such a diverse group of people writing a letter for a former prosecuting attorney should stand as a testament of how he has changed peoples lives over the years.  I feel that he will use this experience to continue to change peoples lives for the future.


Thank you for your time and consideration.


Joseph Siegmeister

Katherine Pernini

██████████████

Cross Creek, Florida
32640

Honorable Marcia Morales-Howard
US District Court, Middle District of Florida
300 North Hogan Street
Jacksonville, Florida 32202

Re:  Jeffrey A. Siegmeister

Your Honor,

I am writing on behalf of Jeffrey A. Siegmeister concerning his upcoming sentencing
on October 12, 2022.  I hope this letter will be helpful to you in your deliberations.

I am semi-retired, my husband Richard Pernini has a contracting company that I help
him with.  We do building, plumbing, electric, and air conditioning and have been in
business since 1975.  I am 79 years old and my husband is 82 years old and still
working.  We have lived in Cross Creek, Florida, since 2014 and lived in Gainesville,
Florida prior to that.  I do art projects and read a lot.  When Jeff was very young we
would read together and he developed a love for books.

I am Jeff's aunt I am aware that he has pleaded guilty to a federal charge, it broke my
heart because I have never known him to break the law in any way, I have always
known him to be a man of integrity, forthright and considerate and takes
responsibility for his actions.  He has always been self-motivated in his studies in
middle school, high school, and college.  He worked the whole time he was attending
the University of Florida and UF Law School.  He virtually put himself through college
working odd jobs as well as having a full course load.

I am not sure what has caused his lapse in character, some of my thoughts are that
he never took a rest from studies or work, going to school and working 12 months a
year.  Also, he has not made the best of choices of women.  Both of his wives have been
selfish, and self-centered.  He has always tried to keep them happy so there would be
no conflict, the second wife was greedy and wanted more than he could manage
financially or emotionally.  His childhood was stormy with arguing and mental stress
and sometimes corporal punishment, and he couldn't tolerate the stress and arguing
in his marriage.

Jeff lived with my mother while going to college and helped her around her little farm
and made sure she was not alone.  My husband and I have adopted 8 children, two as
infants, five in a sibling group and one the daughter of the youngest in sibling group.
The five children came from a difficult situation and when they were older some got
into legal problems and Jeff represented them at no charge going as far as Orlando to

Katherine Pernini
RE: Jeffrey Siegmeister
Page 2

represent my youngest son in court.  I know he has helped others with legal problems at no charge.  I love my nephew and have known him as always kind and considerate, putting others before himself if he could be of assistance to them.  I have always known him as a person of integrity and character and the last person to violate the law but I also know everyone has a breaking point.

I think Jeffrey Siegmeister has a great deal to contribute to society and I pray there is redemption for him.  I don't think that he would ever do anything of this nature ever again.  Thank you for the opportunity to share my thoughts and feelings on Jeff's behalf.

Sincerely

Katherine Pernini

**Lesley D. White, Sr.**

████████████████

**Live oak, FL 32060**

████████████████

September 23, 2022

United States District Judge
Honorable Marcia Morales Howard

Dear Judge Howard:

Please consider  this letter an effort to provide the court with additional information about Jeff Siegmeister  for his  upcoming sentencing hearing.

My name is Leslie D. White, Sr., I'm 67 years old. I am a retired Senior Army NCO having reached the Rank of E-7, Sergeant First Class. I served as the President of the defunct, Suwannee County Branch of The NAACP for 4 years. I was also an Army Drill Sergeant for many years. I am a Community Activist and very dedicated Community Leader. I am now a member of the Suwannee County Civil Rights Coalition.

All of the people in my circle were very surprised when Mr. Siegmiester was charged and pled guilty  to Federal charges. He was always forthcoming and very upfront with our group when he worked with us concerning the issues confronting minority youth in Hamilton & Suwannee Counties.

Over the years until this happened, Jeff helped us with many issues and concerns. As President of the NAACP in Suwannee County for 4 years, our group would visit him very often concerning judicial situations. He was very instrumental in helping The NAACP put a halt to the Schools To Prison Pipeline in Suwannee & Hamilton  Counties. Jeff Siegmiester was  an official who would grant you an audience, listen intently and help come up with a solution to the problem.

In spite of his plea, I  believe that Jeff is a good person deserving of any leniency the court will grant him. He is certainly missed in the community. The void he left is big and has not been filled yet. I don't think it will, until he returns.

Thank You, for allowing me this time to express myself.

*Lesley D. White, Sr.*
Lesley D. White, Sr.
Community Activist

September 12, 2022


Honorable Marcia Morales-Howard
US District Court Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

RE: Jeffrey A Siegmeister

Dear Judge Howard,

I am sending this letter to the court for a back ground into Jeffs childhood and career
from his mothers' perspective. I am aware of the charges that my son has plead to,
but believe that there is much more to Jeff than his criminal charges, although serious
and surreal. To be honest beyond belief, and heart breaking, and a nightmare I want
to wake up from..

My name is Nancy A Bowen I am seventy-five (75) years old and I live in Alachua' Fl.
I grew up in Miami and Hialeah and graduated from Hialeah High School in 1965. I
married Jeffs father in the same year. Four and a half years later we divorced. I
moved with my two sons, and my father who was disabled. We moved to
Lake Butler in north Florida to a farm owned by my parents. The decision due to the
growth and crime in the Miami area.

I am a retired LPN and office manager for a surgeon. I retired due to health reasons,
having to have spinal cord surgery, and half of my stomach removed. I live with my
husband, Bill and have a Havanese dog named Amber. My husband and I live pretty
simply. We have traveled some around the United States with friends but since 2015
 we have stopped due to my health and my husbands age of 83.

Jeff is my youngest son and he and I have always been close. Jeff was a smart child
and could push his limits, but he learned that he had boundaries. Age 3 while going to a
daycare near the University of Florida a student working there took an interest in him
and taught him to read. He was reading first grade books before he went kinder-
garden. When he started school, he was in the "Gifted Program". In middle school
He did a science fair, won at school then won locally. Jeff then went to state and placed
2nd in state. He stayed on the Honor Roll. He wasn't much of an outside child due to
Asthma, but loved to read and learn any thing new. When he went to high school, he
had a part time job and still maintained his GPA. When he graduated, he was high
school Valedictorian. As early as middle school he knew he was going to college.
After graduation he went to University of Fl. He had several scholarships. He made 4.0
his first semester with microbiology, chemistry, advanced algebra, while working.

Letter to Honorable Judge
Page:2


Jeff's original plan was to go to medical school, so his course load reflected pre-med classes. After two years at UF he came to me and said" Mom would you be disappointed in me if I didn't go to med school?" My answer was this is your life not mine do what makes you happy. He worked very hard on his education, while still working part-time cooking tofu at 4:00 am and going to UF for a full day of classes.

Jeff changed his major to Law and wanted go to work for the FBI when he graduated. Law and respect for the law had always been the center of our discussion with Jeff and his brother. When he graduated from law school in 1993 there was a temporary freeze on Federal hiring. Jeff applied to the State Attorney Office in the third circuit as a prosecutor, and was hired. He stayed there for about six years. He left there and went to work for the Columbia County Sheriff's Office for two years, as counsel, then the Sheriff decided to retire.

He left and decided to go into private practice. He answered his own phone. He borrowed $1,000.00 from his dad to get a desk, file cabinet, and set up office. His Practice grew to a point of him asking if I could come answer his phone while he was in court or seeing new clients. He took court appointments and clients other attorneys didn't want to work with. He would give clients a chance to pay as the case progressed, unfortunately often he wasn't paid. The guardian office often called him to take a child advocacy case, or adult protective case. He had a long-time relationship with the Guardian office going back to his days at the State Attorneys office. He was a big supporter of Guardian ad litem, and when he was an assistant prosecutor, he spent two years assigned to child abuse, child neglect and crimes against children. This took a a tole on Jeff, to the extent that he didn't want to have children. He started to have frequent migraine headaches and depression for how children had been treated. He would stay up preparing for his cases and prosecute cases that others thought should be able to plea to a lesser crime.

While in private practice Jeff met Jamie his girlfriend, later to be wife. Jamie was an attractive woman who had gone to St. Leo's and received a degree in criminal justice, and was working with the Probation Office in Alachua County. When she and Jeff became close, she quit because she didn't want to drive that far. The main problem was Jamie had higher aspirations than Jeff did. Jeff had a nice small three-bedroom two bath house is a neighborhood.  Jamie had a disagreement with her father and moved into Jeffs house. It wasn't long until Jamie said he was too small and not in a good neighborhood. She started to look for a new one, which she found in a private airport community. Then she needed new furniture, a wooden fence, a new washer and dryer.

Letter to Honorable Judge
Page 3

Jeff asked me to help Jamie with their wedding because he was busy in the office and she didn't want to have her mother be part of it. They had been estranged and argued a lot. This was when I saw her true character. Every time I tried to save money for Jeff, because he was footing the whole bill. I would make a suggestion then she would go back to Jeff and say she really wanted what ever we had tried to save on. Jeff wanted his future wife happy. This was just the start of Jeff's downfall. She moved her brother in when they returned from their honeymoon, and he lived with them for five to seven years not paying anything to help with house. He used his money to buy his toys, cars and other personal items. He had a full-time job a new truck and no responsibilities. It wasn't long until Jamie wanted a house in the country so she could have her horses, oh yes Jeff paid for them, their up keep as Jamie still decided not to work. I saw what was happening, but it was not for me to interfere. This was his life, I loved him more than I disliked her and what she was doing to him. It wasn't my business but I chose to not be a mother who told my adult son what he should or shouldn't do with his life.

Jeff is a kind caring man. When I had back surgery and my husband told everyone, I wouldn't be cooking Thanksgiving any longer, Jeff said he would. He took over doing the holiday, he did everything from fresh pies cooked by him the day before. He cooked turkey, had a ham, baked sweet potatoes and pealed them, made dressing the whole dinner. Everything good, the problem was Jamie wouldn't even set the table, or clean the table off. I would go early and help Jeff, clean table and set it so Jeff who had been cooking two days didn't have to stop and take care of it. I understand my animosity toward the way my son was treated affects my perception. Yes, he should have stood up and said no more. When he did say no, it was an outpouring of how he "wouldn't ever be any good", he was "a redneck", there was a firestorm of derogatory backlash.

Finally, Jeff loves the law. I'm not sure at what point he failed to make a proper decision. Jeff has never liked politics. He found that being State Attorney was a political job, not just a legal job. He is not a people person, but gravitates to help an underdog. His wife, Jamie wanted to be a Big political figure. She wanted to have political fund raisers to make her look like a big person. She would ask for donations from attorneys then want Jeff to pursue their commitment. He told her to call herself that it wasn't his fund raiser

Your Honor, since this probe and charges against Jeff have started my heart is broken. I know Jeff has to own up to his responsibilities, I know he has taken responsibility personally. He knows his dad and I are disappointed in what happened, and he knows we are extremely hurt. I believe that Jeff is a good person who made a bad mistake, no a terrible mistake.

Page 4
Letter to Honorable Judge

Jeff is one of my two sons; he can calm a situation and doesn't like conflict. He is competitive by nature. He wants.to be accepted. I saw this first hand and so did others. I have had a heart attack since this ordeal began, but am doing better now. I guess you can say I was truly broken hearted. I pray that Jeff will come through this a better person, I know he is willing to take responsibility for his actions.

Your honor, I hope I have given you an InSite into my son Jeff. I hope that you will know him better by my input. I think he is an asset to his community, and hope he will grow and learn from his mistake. Any consideration on his behalf will be appreciated. My husband is 83 and has spent the last 51 years in Jeffs life, and I am 75 and have spent all of Jeff's life with him. We hope to see him outside of prison. We have not seen him in two years. Thank you for reading my letter.

Sincerely,

Nancy A. Bowen

Nancy A Bowen

**Norman Crawford**

███████████████

**Live oak, FL 32064**

███████████████

**September 22, 2022**

**United States District Judge**
**Honorable Marcia Morales Howard**

**Dear Judge Howard:**

**I am writing this letter to provide the court with additional information about Jeff Siegmiester for the upcoming sentencing hearing.**

**My name is Norman Crawford., I'm 66 years old. I am a retired former State of Florida Administrator. I am also a Member of The Suwannee County School Board, Representing District II. I am a former member of The defunct Suwannee County Branch of The NAACP, Chair of the Education Committee. I am a Community Activist and very dedicated Community Leader.**

**When Mr. Siegmiester was charged and pled guilty to a Federal charge I was taken back . I said to myself this is not the Jeff Siegmiester I know. This really took me and a lot of people by surprise.**

**I have known him for at least 6 years. As Education Committee Chair of the NAACP in Suwannee County for 5 years, our group would visit him very often concerning judicial situations. He was very instrumental in helping The NAACP put a halt to the Schools To Prison Pipeline in Suwannee County. Jeff Siegmiester was a man who would grant you an audience and listen intently to what was being said and offer advice.**

**In spite of his plea, I will always believe that Jeff is a good person deserving of whatever leniency the court will give him. We need more people like him in the community that's willing to help and go the distance for those in need.**

**If Jeff Siegmiester is granted probation in this matter, I know he will have one of the best support groups ever. I know the people in my circle will support him in any way needed.**

**Thank you your honor for allowing me this time to expound on this matter.**

*Norman Crawford*

**Norman Crawford**
**Community activist & School Board Member**

19 August 2022


Honorable Marcia Morale-Howard
C/O Irish Anderson
Federal Probation
300 North Hogan Street
Room 6-350
Jacksonville, Fl 32202-4268


RE:  Jeffrey Siegmeister

Your Honor

I am writing to request leniency for Jeff.  Jeff is my cousin and I know him to be a caring, thoughtful, and considerate man.  Jeff was raised in a loving home and is very close to his family.  The unconditional love and support he has always been shown has made him the man he is.  A man who loves his family and his community.

Jeff has always been a hard working person.  When he decided to do something, he did what was necessary to make it happen.  He worked hard to become an attorney.  He sometimes worked several jobs at a time putting himself through law school.  He loved being an attorney.

Jeff is the kind of attorney we need more of.  He should be able to practice law again.  Yes, he made a mistake, but he accepts responsibility for his wrong doing.  I hope that when you sentence him, you will show him compassion and leniency.

Sincerely,

Rebecca Pernini

**Reverend W.W. Williams**

████████████

**Live oak, FL 32064**

████████████

September 23, 2022

**United States District Judge**
**Honorable Marcia Morales Howard**

Dear Judge Howard:

I am writing this letter to provide the court with additional information about Jeff Siegmeister before his sentencing hearing.

My name is Reverend W.W. Williams. I pastor 2 Churches in Columbia & Jefferson Counties. I served as the Chairman of The Religious Affairs Committee of the defunct, Suwannee County Branch of The NAACP for 5 years. I am a Community Activist dedicated to the welfare of all Mankind. I am now a member of the Suwannee County Civil Rights Coalition. This coalition is dedicated to helping any and every one in need regardless of race, color or creed.

I was very surprised when I heard that Mr. Siegmiester was charged and pled guilty to a Federal charge. He was and is as far as I am concerned a very good person. Always willing to help anywhere and when he could. I can tell you we kept him busy with issues in Hamilton & Suwannee Counties. He never said no to a meeting with us. Sometimes there wasn't a fix for the problem we put before him, but he listened.

Over the years Jeff helped us with many issues and concerns. As Religious Committee Chairman of the NAACP in Suwannee County for 5 years, our group would visit him very often. He was very instrumental in helping The NAACP put a halt to the Schools To Prison Pipeline in Suwannee & Hamilton Counties. I know the Pipeline is not known to many, but to us who know it and about it, putting a halt to it was top priority. Jeff helped us save a lot of youth by doing so.

I know he has entered a plea of guilty, as a Pastor I must say this. " We All have Sinned And Come Short Of The Glory Of God. I still believe in Jeff and I know he is a good person deserving of leniency.

Thank You, Your Honor for allowing me to write this letter to support a good man.

**Reverend W.W. Williams**
**Pastor & Community Activist**

[Last Name] 1

Richard Pernini

███████████

Cross Creek, Fl 32640

September 25, 2022

Honorable Marsha Morales-Howard
US Distric Court, Middle District of Florida
300 North Hogan Street
Jacksonville, Florida 32202

Your Honor,
        RE: Jeffrey Siegmeister

My name is Richard Pernini, Jeffrey Sigmeister is my wifes nephew. You will be sentencing him
in few days. I hope to give you a view of
Jeffrey that may help you in making your decision.

I am 82 years old, 83 in a couple of months, still working as a building contractor. My family is
involved in my business and help me a lot.
My relationship with Jeff goes back a long way. Along around 1970 my wife and I lived with her
parents and her sister with her son Jeffery. At that time my business was a collection company
for a major food service bussiness. That allowed me to work home. Everyone else in the Home
had a real, job that required them to be at work. That left me and
Jeff at home. We got to know each other rather well. I was given the privilege of potty training
Jeff. Of course all of this was when Jeff was a child.
Over the years l watched him grow into a fine young man. He was exceptionaly intelligent and
went on to acquire two degrees, micro biology and law. He had to work his way through college
and did so cheerfully.
His real problems came with his choice of woman. A man's downfall. I know he did wrong,
made bad decisions, and got into serious trouble. When a man makes mistakes and breaks the
law he has to pay the price. It just would be terrible to have the rest of his life destroyed in
paying that price.

I just ask that when Jeff stands before you, you could see him , just for a moment, as that little
boy that I knew, many years ago. I believe Jeff can still contribute to society if given a chance.
Thank you for hearing me out.

Sincerely,

Richard Pernini

Samantha Wise

███████████████

Lee, FL  32059

███████████████

October 11, 2022

RE:  Jeffrey Siegmeister

Honorable Marcia Morales Howard
U.S. District Court Middle District FL
300 North Hogan Street
Jacksonville, Florida 32202

Dear Judge Howard,

I am writing you today, in hopes that I can provide the court with information that may be helpful for the upcoming sentencing hearing for Jeffrey Siegmeister. I have known Jeff for about 16 years. We met after my mother started working for him and shortly after that, I started working as a receptionist in his law firm, as well. To give you a little bit more information about me, I am a mom of two boys ages 13 and 15. I work full time as a kitchen manager for Loves Travel stops where I have been employed for 8 ½ years. When I first started working for Jeff, I admired the dedication he had for clients; the way he cared about their cases and took pride in his work to do what was right. Not only was Jeff compassionate about his work he was kind and thoughtful.  Jeff became family in the years that we worked for him. His kindness radiated from him sometimes to the point I felt people took advantage of that, but Jeff never wavered from that kindness. I learned a lot as a young adult working in his office, how to be responsible and take pride in the work I was doing to achieve the best possible results. He was always there to teach a new task or lend an ear to listen or give you the words of encouragement you needed. I will always admire the Jeff I know, a real stand-up guy! I hope in the future we have the opportunity to make many more memories as a family!

Sincerely,

Samantha Wise

**Tania Pendarakis**

████████████████

Tallahassee, FL 32312
Tel: ████████████
Email: ████████████████

13 June 2022

**Honorable Marcia Morales-Howard**
C/O Irish Anderson
Federal Probation
300 North Hogan Street
Room 6-350
Jacksonville, Fl 32202-4268

RE: Jeffrey Siegmeister Character Letter

Your Honor,

I have known Jeff Seigmeister both as a friend of the family for many decades as well as professionally. On the personal side I know Jeff to be kind and gentle, a lover of animals. I know that he was raised in a supportive and loving environment and that Jeff and his immediate family members all dedicated themselves to public service. Jeff's father served as a distinguished law enforcement professional for more than 30 years, his mother a nurse and his brother a teacher.

Professionally, I was witness to Mr. Seigmeister's swearing in ceremony when he was elected State Attorney for the Third Judicial Circuit of Florida. I was moved by his display of emotion when thanking his parents and his supporters. He was humble and sincere. In earlier years Mr. Siegmeister invited me to teach a class on body language techniques to the Florida Association of Criminal Defense Lawyers. As I recall he was gracious enough to invite members of the State Attorney's Office to attend.

Your Honor, I spent 30 years in law enforcement and I learned that good people can make bad choices and that smart people can do really stupid things.

My knowledge of the case against Mr. Seigmeister is limited but I do believe that Jeff is a good man who made some bad choices. Please consider granting him leniency in sentencing. I understand that he has been cooperating with the prosecution and that he is accepting responsibility for his actions.

Sincerely,

*Tania Pendarakis*

Tania Pendarakis

21 JUN '22 FILED

Terri Wise

███████████

Madison, FL  32340

███████████████

October 10, 2022

RE: Jeffrey Siegmeister

Honorable Marcia Morales Howard
U.S. District Court Middle District FL
300 North Hogan Street
Jacksonville, Florida 32202

Dear Judge Howard,

I am writing to you today, in hopes that I can provide the court with information that may be helpful for the upcoming sentencing hearing for Jeffrey A. Siegmeister. I have known Jeff for 17 years. We met when I interviewed with him in September of 2005, for a bookkeeping position in his law office. To give you a little background on myself, I am an accounts payable specialist who has always worked in a professional office environment. I have been married to my husband for 37 years and we have 4 children and 8 grandchildren. I live in Madison, Florida with my husband and our children and grandchildren live nearby. I worked for Jeff from September 2005 until December 2011. Jeff and I quickly became friends and as time passed, my family and I considered him a part of our family. In the early years of working for Jeff, I always admired his kindness and compassion for everyone. He was very compassionate about his work and extremely intelligent. His passion for legal defense was one of the things that made me want to learn as much as I could about what he did in his firm so that I could be helpful in making his firm prosper. He was very kind to all his employees and was our biggest cheerleader. He gave advice and encouragement when needed and always showed his appreciation for our hard work and efforts. He was a great boss! One of my duties when I was first hired was to help him manage the Fiduciary guardianships he had for disabled veterans. He would go out of his way to help them all, and there were several. They all called often and some came by the office often. We did all sorts of things to help them manage their lives. I remember one time he had me drive to Jacksonville during working hours to pick up one of our Vets to bring him back to Lake City so he could get the help he needed at the VA Medical Center. We all had great relationships with all of them and worked hard to keep them functioning well in society. We helped them buy houses and cars if they were physically and financially capable.

Jeff was a great friend and more like a brother! He would help me when my kids needed something like a prom dress or money for a trip because he didn't want to see the kids miss out if I could not afford the occasion. My children have always admired Jeff and consider him an uncle.



When Jeff won the election for State Attorney, I left North Florida and moved back to South Florida, but we continued to keep in touch like family members would and when I would come back to visit my children and grandchildren, he would always make time to meet me for coffee or a meal and we would catch up on life. Those were always enjoyable meetings because I got to spend a little time with him. I look forward to being able to do that again in the future. I moved back here to Madison in March of 2021 to be closer to my children, grandchildren, and friends such as Jeff!

I would also like to include that not only was Jeff a part of my family, but so was his mother, father and brother. I have continued to keep in touch with all of them and see them all as often as I can. They are the true definition of what family should be and I feel very blessed to call them all family.

I understand these are some serious charges and there are consequences associated with them. I pray the Court takes into consideration the kind, compassionate, caring and considerate person Jeff strived to be. I used to tell our criminal clients when I would meet with them that "we all make mistakes, some worse than others, but it is what we learn from our mistakes that makes us a better person!" I believe Jeff has learned a lot over the past couple of years and will continue to strive to be a better person than the person he was yesterday! He really is an outstanding person and I look forward to a lifetime of friendship with him.

Sincerely,

Terri-Ellen Wise



| **Douglas Kneller** ESQ | **Thérèse Misita Truelove** | **Mikaela Nordman** |
|---|---|---|
| FLORIDA BOARD CERTIFIED | MARITAL & FAMILY LAW \| ATTORNEY | ASSOCIATE \| ATTORNEY |
| MARITAL \| FAMILY LAW | tmtruelove@daytonadivorce.com | mnordman@daytonadivorce.com |
| dkneller@daytonadivorce.com | | |

DIVORCE YOUR LOVED ONE WITH DIGNITY

October 11, 2022

The Honorable Marcia Morales Howard
U.S. District Court, Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, Florida 32202

RE:   U.S. v. Jeffrey Siegmeister
      Case No.: 3:21-cr-16-MMH-JBT

Your Honor,

I am writing this letter to provide the Court with additional information about Jeffrey
Siegmeister for the upcoming sentencing hearing scheduled for October 17, 2022. I
trust that this information will be helpful to Your Honor in determining an appropriate and
fair sentence to be imposed upon him.

My name is Therese Misita Truelove. I have been licensed to practice law in the State
of Florida since May of 2000 and am licensed to practice in the Northern, Middle and
Southern federal district courts of Florida. I am fifty-five years old, married, and
currently reside in Port Orange, Volusia County, Florida. I practice primarily family law
and my office is located in Holly Hill, Volusia County, Florida. For many years, and prior
to returning to the east coast of Florida in 2015, I practiced primarily criminal defense
and my office was located in Gainesville, Florida. It is during that time that I met and
became friends with Jeff Siegmeister.

I am aware that Mr. Siegmeister entered a plea of guilty to several federal charges
earlier this year. I am also aware that he participated in the prosecution of Mr. Michael
Osteen, of whom I am also familiar, having practiced with him also in the past. Jeff and
I worked together in north central Florida, mainly representing law enforcement and/or
correctional officers who found themselves facing administrative and/or criminal charges
as a result of actions or inactions they had taken during the course of their employment.
Jeff and I became friends and I lent him my support when he decided to run for the
office of the State Attorney for the Third Judicial Circuit. He was successful in that
endeavor and was recognized as a prosecutor who could tell the difference between a
true criminal that needed to be punished harshly and one who had a terrible lapse of
judgment and deserved a second chance on life. As our friendship grew, Jeff became

**iFLORIDA | DiVORCE.com** LLC

**LAW OFFICE** 1112 Riverside Drive \| Holly Hill \| Florida 32117 \| Ph (386) 257-4699
**MAILING ADDRESS** P.O. BOX 15228 \| Daytona Beach \| Florida \| 32115

more and more of a mentor and eventually offered me a position in his office when it was clear, for my own mental health issues, that I could no longer continue to practice law in my current environment at the time. Jeff was my biggest fan when I decided to run for County Court Judge in Union County, Florida, where Jeff grew up. He was kind enough to invite me to his annual family reunion that is held around the July 4th holiday each year, so that I could meet everyone in hopes of gaining their support for my campaign. His entire family welcomed me with open arms at their reunion and for that, I will always be grateful. I have also maintained some of the relationships that began on that day with members of Jeff's family.

I have always known Jeff to be honest and compassionate, and was quite shocked when I learned of his crimes. I would never attempt to make excuses for him, however, something must have been going on for him to ever jeopardize his ethics, his professionalism, and more importantly, his ability to spend time with his family.   I personally found Jeff to be a man of integrity, and to this day, would trust him wholeheartedly with anything that was important to me. I hope that he learns from his mistakes and is able to find a way to return to become a positive member of society. The behaviors and actions that led to his crimes were truly "out of character," as far as I am concerned, as I have always known Jeff to take on the trials of the underdog and to do whatever it took to help someone regardless of whether they could afford his services. Jeff also knew that I shared his passion for the law, and that if he knew someone that needed assistance, that he could call upon me to provide that assistance if he assured me that the person was deserving. It is probably for this reason that we became and remained friends to this day.

I do not know why or how Jeff experienced the severe lapse of judgment that brings him before you now. I can only ask for your discretion in granting him leniency, if you deem it appropriate, in imposing sanctions upon him. Thank you in advance for your time and consideration.

Respectfully,

Therese Misita Truelove

Cason
Alachua, FL 32615-9573

Alachua

Judge Honorable MARCIA
Morales— Howard
US DISTRICT Court, middle DISTRICT
OF Florida
300 NORTH Hogan ST
JACKSONVille, Fl 32202

The Purpose OF This LeHer
Is TO Provide The CoURT
With AdditioNAl INformatioN
AbouT JeFFRey SiegmeisTER
FoR The upcoming SeNTeNcing
heariNg ANd I Hope IT Will
Be helpFul TO Judge
MARcia MoRAles-HowARd.
I AM JeFFRey's AUNT
VeRoNica BoweN CasoN.

August 27th Was my 80th Birthday. My First Career As A Medical Technologist WAS 20 years. I Worked AT Shands And The V-A HOSPITAL IN Gainesville Before Moving To St Petersburg. IN 1980 I Obtained My Real Estate License + Passed My Brokers EXAM. We Lived IN ST Pete For 40 years AND moved back To Gainesville IN 2011. Originally, We moved To Gainesville

In 1970 To Attend UF.
My Husband graduated
Pharmacy School In
1974 + I EARNed My AA
From Sante Fe.
My Brother Moved
UP Here With US + Met
NANCy ANdrews Bowen
& MARRied Her In 1971.
JeFFREy Was 3 Years Old.
I AM AWARe That
JeFFREy Siegmeister
pleaded guilty To A
Federal charge.

My Reaction Was Shock,
Disbelief, Sadness +
Pain. Jeffrey Wanted
To become A State Attoraey
To Make changes In
The System And To Make
It Better. He Always Loved
The Law. He Supported
Our System.
   I am The Aunt of
Jeffrey And Have Known
Him Since He Was Three.
We Spent Holidays & Vacations
Together For Our Entire

We Watched Him grow up & MATURE. Every Christmas He Came With His Family To OUR Home In St. Pete. He Fished OFF OUR Boat Dock With My husband & His Brother. He WAS Always A Very Well behaved, Respectful, And Kind PERSON. My Mom Lived Us FOR 20 YEARS And He WAS Always Extremely Kind To HER. He brought HER Candy & Flowers & Cute GIFTS.

I never Heard Jeffrey
Sass Any Adult Or Speak
HArshly. He Was Respectful
OF ALL 3 GrandmotherS.
He Loved Animals +
Always Seemed To Bond
WiTh OUR DogS.
AFTER We Moved back TO
GaiNesville IN 2011
JeFFrey HAd Thanksgiving
DinNer For Family +
FRiends At His Home.
He Always Included US
And Treated US AS

His Family. He HAS Always
Been Very Respectful To
my Husband.

My Personal opinion
of Jeffrey Siegmeister Is
That He Is A Good MaN.
He Has A Good Heart And
He definitely loves His Mom,
My BROTHER, his Stepdad
ANd CERTAINly HAS A
BoNd WITH His BROTHER.
He Always Remembered His
Mom oN Her Birthday

With Dinner Out And Roses. He Was A Great Son And Always Respectful To His Mom + Stepdad. He And His Brother Have A Close Bond Like Few I Have Seen. He has Always Been Very Close To His Brother's 4 Children.

Jeffrey Is the Type Of Man that Would Stop on The Side Of Road And Pick up A Stray Cat Or Injured Dog.

His House WAS AlwayS
Full OF ANimals, He
Made Donations To CHARITIES
For ANimals. He AlSO
HAd A SoFT SoFT For The
Guardian Ad LiTem PROGram
I ViSiTed His OFFice +
MeT His Employees ANd
They All AppeAred To Feel
AppReciated + Respected.
I Do KNow OF ONe Employee
who Fell ON HARd Times +
He Helped The Family Financially

I SAW FIRST HAND HOW
hard JEFFREY Worked
During His Campaign
For State ATTORNEY.
We Made A FinanCial
DONaTioN ANd We
Attended MoST Fund
Raisers & EVENTS
   I Think You Can Tell
A Lot About A Person By
WATChiNg Their InTeraCTioN
With ANimals + Children
And Family. Never, IN

My Life HAVE I EVER
Seen Jeffrey DisRespectfull
To ANOTHER Human Being.
ONLY God Knows What
Is IN His HeART BuT
I HAVe observed + KNOWN
Him OVER 50 YeARS- Jeffrey
HAd A DifficulT + SomeTimes
PainFul RelationshiP
WiTh His biologicaL
Dad + STepmom. I Did
See PaiN IN His Eyes
MANy Times When He LeFT

Gainesville To Go To
Their home In Miami.
He MAY HAVe had aN
EmpTy SpoT In HiS
heart foR Love That
He Needed & Deserved
But Did NoT Receive.
Every Sunday We
meet WiTh my Brother
& Nancy, Jeffrey's
PaRenTs! They Tell us
They TAlk To Jeffrey
Every Week.

EVEN THROUGH ALL
OF This JEFFREY
Made Sure He SenT
His Mom A BiRThday
PRESeNT! JEFFREY'S
mom Is A WoNderFul
CHRISTIAN HumaN
BeiNg. She CeRTainly
Did HeR best To Raise
Him To Be A Good PERSon.
My BROTHeR hoves Him
LiKe His OWN Son + Has
BeeN By His Side ThRough

ALL The Good o Bad
Times!
    I Remember A Time
When The Boys Were
Young & Visiting US
In St Pete At Christmas
Time. Jeffreys brother
Left The Gate Open &
Our Dog got Out & Was
hit by a Car. The Vet
Kept her 2 Nights &
When We brought ~~Her~~ HiM
home Jeffrey Stayed

UP With Him ALL
Night. He Was Totally
Devasted Over The
Dogs   Injury.
   Please Consider The
Entire Life & The Goodness
of Jeffreys Heart.

Veronica Bowen Cason

Veronica B Case
                    9-16-22

September 8, 2022


Honorable Judge Marcia Morales-Howard
US District Court Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202


Honorable Judge Morales-Howard,

This letter is on behalf of Jeffrey A. Siegmeister, for his up coming sentence hearing on
October 12, 2022.

Your Honor My name is William Bowen, I am Jeff's step Father. I married Jeff's mother
in 1971. Jeff was three years old at the time, I have been part of his life since then..

I am a retired career Law Enforcement Officer, starting in 1965 with the Palm Beach
County Sheriff's Office. In 1967 I left and went to the Florida Highway Patrol until 1970
when I was hired by the Alachua County Sheriff's Office. On Feb 1, 1993 I honorably
retired from Law Enforcement with 28 years of service

I know the charges Jeff plead to are serious. I hope these details help you into Jeff's
character in lieu of his actions.

As previously stated, Jeff was three years old when I married his mother. Jeff was a
normal young child. I noticed a change in Jeff when he joined the Cub Scouts, and his
mother became a Den leader. I could see a change in him, he wanted to be a leader.
As middle school and early high school approached Jeff took on house hold duties,
washing his clothes, preparing meals, cleaning house. He was helping his mom and I
because we both worked shift work.

I became aware of Jeffs commitment to higher learning as high school approached and
college came into focus. Many times. too numerous to count, I would get up at 6:00 am
to get ready for work and find him studying from an "all nighter". While in Law school he
maintained decent grades while holding down a part time job.

Honorable Judge Morales-Howard, Jeff has been taught, since age three, right from
wrong, law and order, respect for elders, and equal treatment of peers. One particular
incident Jeff was telling me about one of his friends had been arrested for arguing with
a policeman over a traffic violation. I offered a strict warning to him "never argue with a
police officer, it will never help you". Years later Jeff relayed to me that he had been
stopped for a traffic violation, he remembered my warning: keep mouth shut be
respectful to officers. He got a warning, no arrest.

Page 2
Letter to Honorable Judge.
WGB

Jeff is a staunch animal lover, and protector. One day he was on his way to court as an adult, when a vehicle had hit a dog and left the scene. Jeff stopped his car put the bleeding dog in his car and took it to the local animal hospital. He paid the thousand dollars plus bill.

These are just a few of the incidents that come to my mind that makes me know Jeff is a far better person than these serious charges suggest.

Needless to say the news of Jeffs criminal problems were and are the most heartbreaking, breath taking ordeal that I have gone through in my 83 years. I'm embarrassed, shocked, horrified and worst of all heartbroken.

Through this ordeal his mother has had a heart attack, and is currently in treatment for the same.

Your honor, any and all consideration for my son will be appreciated. He is a better person than these charges reflect.

Respectfully submitted,

William G. Bowen, Jr